**No. 54338.**—Smith Chemical & Color Co. *v.* United States, protest 150768–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 54339.**—Kary Safe Paper Bag Co., Inc. *v.* United States, protest 151769–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 54340.**—United Fruit Company *v.* United States, protest 152165–K (New York).

Opinion by JOHNSON, J.   An examination of the papers failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

MAY 19, 1950

**No. 54341.**—SUIT 4616.—The Sherwin-Williams Co. *v.* United States.—C. D. 1137 affirmed April 3, 1950. C. A. D. 432.